

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00152-CV

George L. **HACHAR** Jr.,
Appellant

v.

Heydar **KHALEDI**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVF-000089-D2
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED August 14, 2019.

_____
Rebeca C. Martinez, Justice